**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 26, 2024**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00322-CR

---

**JONATHAN KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1797107**

---

## MEMORANDUM OPINION

Appellant Jonathan King has signed and filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)